UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH A. GLANT *o/b/o G.H.*, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-CV-01755 |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security[1], | (MEHALCHICK, M.J.) |
| Defendant. | |

### ORDER

**AND NOW**, this 18th day of January, 2022, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security.

2. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Under Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).